# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 1, 2006

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

132537 & (13)

PEOPLE OF THE STATE OF MICHIGAN,
    Plaintiff-Appellee,

v

DETRICK ANTIONE WILLIAMS,
    Defendant-Appellant.
_____/

SC: 132537
COA: 272888
Muskegon CC: 05-051518-FH

On order of the Court, the motion for immediate consideration is GRANTED. The application for leave to appeal the October 13, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should now be reviewed by this Court.

KELLY, J., would grant interlocutory leave to appeal to consider the constitutionality of requiring a filing fee from indigent defendants in criminal cases.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 1, 2006

_____
Clerk

d1129